UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

ACUITY,

    Plaintiff,

v.

DAVID STELLAR, d/b/a RIGID BUILT
CONSTRUCTION, et al.,

    Defendants.

_____/

Case No. 1:20-cv-1021

HONORABLE PAUL L. MALONEY

## ORDER OF DISMISSAL

This Court having sent to counsel for Plaintiff a Notice of Impending Dismissal (ECF No. 14) and having heard no response:

NOW THEREFORE, pursuant to Rule 4(m) of the Federal Rules of Civil Procedure, this matter is hereby **DISMISSED** without prejudice as to Defendants James Breckenridge and Suzanne Marqurad only.

**IT IS SO ORDERED**.

Dated:  January 26, 2021

      /s/  Paul L. Maloney
      Paul L. Maloney
      United States District Judge